IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02562-REB
Criminal Action No. 04-cr-00185-REB

UNITED STATES OF AMERICA,

v.

MICHAEL T. SOMERVILLE,

Movant.

ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney by January 21, 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: December 13, 2007

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge