IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 04-cr-00185-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL TYRONE SOMERVILLE,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter before me is defendant's pro se motion for sentence modification pursuant to 18 U.S.C. § 3582(c)(2) [#113], filed May 6, 2010. Based on my initial review of the motion, file, and record, I find and concludes as follows: (1) that extant CJA counsel of record for the defendant should represent the defendant; (2) that counsel for the defendant should have a reasonable time to adopt and/or supplement the defendant's pending motion; (3) that the government should file a response to the motion; (4) that if necessary or advisable, a status-setting conference should be set; and (5) that if necessary or advisable, the probation department should file an addendum to the presentence report.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That Robert Seldis Berger, who is defendant's existing CJA counsel of record, **SHALL REPRESENT** the defendant concerning defendant's motion for sentence modification pursuant to 18 U.S.C. § 3582(c)(2) [#113], filed May 6, 2010;

2. That by June 1, 2010, counsel for the defendant **SHALL** either adopt or supplement the motion;

3. That the government **SHALL FILE** its response to the motion within eleven (11) days after counsel for the defendant adopts or supplements the motion; and

4. That on June 16, 2010, at 10:30 a.m., the court **SHALL CONDUCT** a telephonic setting conference to set this matter for a status-setting conference; provided, furthermore, that counsel for the government shall arrange, schedule, and coordinate the conference call to facilitate the telephonic setting conference.

Dated May 10, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge