IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 04-cr-00185-REB
Civil Case No. 07-cv-02562-REB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL T. SOMMERVILLE,

    Movant.

## MINUTE ORDER[1]

On June 16, 2010, the court conducted a telephonic setting conference to set this matter for a re-sentencing hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **July 30, 2010**, commencing at 10:00 a.m., the court shall conduct a re-sentencing hearing; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: June 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.