IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cr-00185–REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL TYRONE SOMERVILLE,

    Defendant.

---

### ORDER GRANTING APPLICATION FOR A
### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THIS MATTER comes before the Court on the Defendant's Application for a Writ of Habeas Corpus ad Prosequendum filed June 16, 2010. The Court grants the Application.

**IT IS ORDERED** that the Clerk issue the **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** attached to this Order.

Dated June 17th, 2010.

**BY THE COURT:**

_____
**BOYD N. BOLAND**
**United States Magistrate Judge**