**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00185-REB
Civil Case No. 07-cv-02562-REB-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL T. SOMMERVILLE,

      Movant.

---

## MINUTE ORDER[1]

---

      Due to the unanticipated problem with the transportation of the defendant to court via the airlift, the re-sentencing hearing previously set for Friday, July 30, 2010, is **VACATED** and **CONTINUED** to **August 11, 2010**, at 10:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  July 27, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.