# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:              August 11, 2010

Courtroom Deputy:  Nel Steffens
Court Reporter:    Tracy Weir
Probation Officer: Michelle Means

## Criminal Action No. 04-cr-00185-REB

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Zachary Phillips |
| Plaintiff, | |
| v. | |
| 1. MICHAEL TYRONE SOMERVILLE, a/k/a "Big Mike," | Robert Berger |
| Defendant. | |

## RE-SENTENCING MINUTES

**10:04 a.m.**   **Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

The matter is before the court for hearing on the defendant's *pro se* motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [#113] filed May 6, 2010, and the defendant's **Supplement to Motion Under 18 U.S.C. §3582(c)(2)** [#119] filed May 28, 2010.

The government has filed its response and the probation officer has filed an addendum.

Counsel and the defendant decline the opportunity to make statements.

Court's findings and conclusions.

**IT IS ORDERED** as follows:

1. That the defendant's *pro se* motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [#113] filed May 6, 2010, and the defendant's **Supplement to Motion Under 18 U.S.C. §3582(c)(2)** [#119] filed May 28, 2010, are **GRANTED** consistent with the foregoing findings of fact, conclusions of law, and following orders;

2. That defendant's concurrent sentences to imprisonment are modified and reduced from 324 months to 262 months on each count of conviction, to be imposed and served concurrently;

3. That the extant **Judgment in a Criminal Case** [#78] filed June 29, 2005, is modified, but only to the extent necessary to facilitate and implement these orders, and is otherwise ratified and reaffirmed; and

4. That the defendant is remanded to the custody of the United States Marshal.

**10:18 a.m.    Court in recess.**

Total time in court:   00:14

Hearing concluded.