# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00185-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL TYRONE SOMERVILLE,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTIONS FOR REDUCTION OF TERM OF IMPRISONMENT

---

**Blackburn, J.**

On August 11, 2010, this matter came before the court for hearing on the defendant's pro se motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [#113] filed May 6, 2010, and the **Supplement to Motion Under 18 U.S.C. § 3582(c)(2)** [#119] filed May 28, 2010, by defense counsel. The court entered findings of fact, conclusions of law, and orders from the bench. This order is entered to confirm and publish those orders.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the defendant's pro se motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [#113] filed May 6, 2010, and the **Supplement to Motion Under 18 U.S.C. § 3582(c)(2)** [#119] filed May 28, 2010, by defense counsel are **GRANTED** consistent with the court's findings of fact and conclusions of law;

2. That defendant's sentences to imprisonment are modified and reduced from 324 months to 262 months to be served concurrently;

3. That the extant **Judgment in a Criminal Case** [#78] dated June 27, 2005, and entered June 29, 2005, is modified to the extent necessary to facilitate and implement this order, but is otherwise ratified and reaffirmed; and

4. That the defendant is remanded to the United States Marshal for return to the Bureau of Prisons.

Done in chambers August 11, 2010, at Denver, Colorado, to confirm and publish the orders entered in open court on August 11, 2010.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge