**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 04-cr-00185-REB
(Civil Action No. 07-cv-02562-REB-BNB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL T. SOMERVILLE,

    Defendant-Movant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#111][1] filed April 28, 2010, in criminal action number 04-cr-00185-REB. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#111]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. Of course, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#111] filed April 28, 2010, in criminal action number 04-cr-00185-REB, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** [#105] filed on December 10, 2007 by defendant-movant, is **DENIED**;

3. That Civil Action No. 07-cv-02562-REB-BNB, is **CLOSED**; and

4. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

Dated October 4, 2010, at Denver, Colorado.

                                              BY THE COURT:

                                              *Bob Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge