IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00185-REB
(Civil Action No. 07-cv-02562-REB-BNB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL T. SOMERVILLE,

    Defendant-Movant.

## JUDGMENT

Pursuant to and in accordance with the Order Adopting Recommendation of United States Magistrate Judge, entered by the Honorable Robert E. Blackburn [#139}, filed October 4, 2010, the following Judgment is hereby entered:

That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#105] filed December 10, 2007 by the defendant-movant is DENIED. It is

FURTHER ORDERED that Civil Action No. 07-cv-02562-REB-BNB, is CLOSED. It is

FURTHER ORDERED that defendant-movant is entitled to no relief under 28 U.S.C. § 2255.

Dated at Denver, Colorado this   4th   day of October, 2010.

                            FOR THE COURT:

                            GREGORY C. LANGHAM, CLERK

                            By:  s/ Edward P. Butler
                                Edward P. Butler, Deputy Clerk