# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  04-cr-00185-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL T. SOMMERVILLE,

    Movant.

## MINUTE ORDER[1]

    The matter is before the court on the **Motion For Retroactive Application of Sentencing Guidelines to Crack Cocain Offense** [#146][2] filed by pro se defendant on August 7, 2014.  The motion is **DENIED** without prejudice as premature.

    Dated:  August 8, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#146]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.